D6a/AG

FILED
FEB 1 9 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

1. Corretta Ann Rose

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

1. Tulsa County District Attorney
2. Oklahoma District Attorneys Council
3. Oklahoma State Department of Health

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 20 CV 70 CVE - FHM

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Corretta ann Rose
   Street Address: 6103 S Vancouver Ave
   City and County: Tulsa, Oklahoma
   State and Zip Code: 74132
   Telephone Number: 918-853-7324
   E-mail Address: CorrettaRose50@Gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Oklahoma State Department of Health
   Job or Title (if known):
   Street Address: 1000 NE 10th St
   City and County: Oklahoma City, Okla
   State and Zip Code: 73117
   Telephone Number:
   E-mail Address (if known):

   ☐ Individual capacity     ☐ Official capacity

   Defendant No. 2
   Name: Oklahoma District Attorneys Council
   Job or Title

2

(if known)
Street Address  421 NW 13th suite 290
City and County  Oklahoma City, Oklahoma
State and Zip Code  73103
Telephone Number  _____
E-mail Address  _____
(if known)

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
Name  Tulsa County District Attorneys
Job or Title  _____
(if known)
Street Address  500 S. Denver Ave suite 900
City and County  Tulsa, Oklahoma 74103-3832
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name  _____
Job or Title  _____
(if known)
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

☐ Individual capacity   ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

　　A.　Are you bringing suit against *(check all that apply)*:

　　　　☐　Federal officials (a *Bivens* claim)
　　　　☐　State or local officials (a § 1983 claim)

　　B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

　　　　The 14th amendment Due Process Clause

　　C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

　　D.　Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

4

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

On or about October 12, 2012 in a therapy session at the Orthopedic Center in Tulsa, Oklahoma.

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 12, 2012

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I filed a police report with the Tulsa County District Attorney's office/Stephen A. Kunzweiler. I also filed a claim with the Oklahoma State Department of Health. I then filed the claim with the State Board of Behavioral Health. Stephen Kunzweiler declined my claim on 10 months later. The State Department of Health denied my complaint on January 31, 2013, only 4 months after my original complaint. In 2016, Nikki Ella, of Scott Pruitt's office, contacted me to testify for four caucasian women ~~making~~ that were victim's of Tom Josephson. The trial date continued to be pushed back resulting in my claim reaching the 4 years of Statute.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*Post Tramatic Stress Disorder*
*Psychotherepy sessions with Mark A Kelley, M.D.*

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*I am requesting 3.3 million dollars in damages. I have suffered emotionally with this process.*

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb 19, 2020

Signature of Plaintiff  Corretta ann Rose

Printed Name of Plaintiff  Corretta ann Rose

B.  **For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney _____

Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____